**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JEFFREY GRAY** **PLAINTIFF**

v. **CAUSE NO. 3:24- cv- 00592-HTW-LGI**

**CITY OF FOREST, MISSISSIPPI; ROBIN HALL; HUBERT JERNIGAN; and MATTHEW COX, in their individual and official capacities** **DEFENDANTS**

# STIPULATION OF DISMISSAL

It is stipulated that all claims against Defendants the City of Forest, Mississippi; Robin Hall; Hubert Jernigan; and Matthew Cox ("Defendants") may be dismissed with prejudice pursuant to the terms of a Confidential Settlement Agreement and Release entered into between Defendants and Plaintiff Jeffrey Gray which includes full provisions for any and all claims of attorneys' fees and costs arising in this action.

Based on this stipulation, the parties agree that the Court may enter a Final Judgment dismissing this case with prejudice.

Dated: June 20, 2025.

Respectfully submitted,

PHELPS DUNBAR LLP

BY: */s/ G. Todd Butler*

PHELPS DUNBAR LLP
G. Todd Butler, MB #102907
H. David Clark, III, MB #104165
1905 Community Bank Way, Suite 200
Post Office Box 320159
Flowood, Mississippi 39232
Telephone: 601-352-2300
Telecopier: 601-360-9777
Email: todd.butler@phelps.com
trey.clark@phelps.com
**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that I had a copy of this document filed electronically, which sent notice to all counsel of record.

SO CERTIFIED, this the 20th day of June, 2025.

*/s/ G. Todd Butler*
G. Todd Butler